tario County Court, Henry, Jr., J.—Rape, 1st Degree.) Present —Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

◼ PETER E. TUCCIARELLO et al., Respondents, v IRONWIL ASSOCIATES, Appellant and Third-Party Plaintiff. LECHTERS HOUSEWARES, INC., et al., Third-Party Defendants-Appellants. (Appeal No. 1.) [612 NYS2d 981] —Judgment unanimously affirmed with costs. Memorandum: The jury's award of damages to plaintiffs does not deviate materially from what would be reasonable compensation (see, CPLR 5501 [c]; Suarez v City of New York, 186 AD2d 415).

Supreme Court properly granted summary judgment to fourth-party defendant Wilmorite, Inc. (Wilmorite) and dismissed the fourth-party complaint. Wilmorite met its burden of establishing its defense "sufficiently to warrant the court as a matter of law in directing judgment" in its favor (CPLR 3212 [b]) by demonstrating that it issued no instructions prohibiting the use of hydraulic or scissor lifts at the job site. The fourth-party plaintiff failed to meet its burden of producing evidentiary proof in admissible form sufficient to require a trial of material questions of fact (see, Iselin & Co. v Mann Judd Landau, 71 NY2d 420, 425; Zuckerman v City of New York, 49 NY2d 557, 562). (Appeals from Judgment of Supreme Court, Monroe County, Frazee, J.—Labor Law.) Present— Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

◼ PETER E. TUCCIARELLO et al., Respondents, v IRONWIL ASSOCIATES, Appellant and Third-Party Plaintiff. LECHTERS HOUSEWARES, INC., et al., Third-Party Defendants-Appellants. (Appeal No. 2.) [612 NYS2d 981] —Appeals unanimously dismissed without costs (see, Smith v Catholic Med. Ctr., 155 AD2d 435; see also, CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Monroe County, Frazee, J.—Set Aside Verdict.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

◼ PETER E. TUCCIARELLO et al., Plaintiffs, v IRONWIL ASSOCIATES, Defendant, et al., Third-Party Plaintiff, et al., Third-Party Defendants. MONROE PIPING AND SHEET METAL, INC., Fourth-Party Plaintiff-Appellant, v WILMORITE, INC., Fourth-Party Defendant-Respondent. (Appeal No. 3.) [612 NYS2d 982] —Order unanimously affirmed with costs. Same Memorandum as in Tucciarello v Ironwil Assocs. ([appeal No. 1] 202 AD2d 1039 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Frazee, J.—Dismiss Fourth-Party Com-